In the Matter of the Claim of CHARLES BIRDSALL, Respondent, against ARNINK GARAGE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of RICHARD MONSEES, Respondent, against SOL. J. ELLERIN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that a disability award should have been allowed instead of a schedule award. Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of MURRAY JENNIX, Respondent, against WARREN CITY TANK AND BOILER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the authority of *Matter of Schaeffer* v. *Buffalo Steel Car Co.*, decided by this court July 1, 1927. [See ante, p. 808.] Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of LOUIS SCHLOSSER, Respondent, against AMERICAN HIDE AND LEATHER Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of ELIZABETH ROERICH, Respondent, against NEW YORK TRIBUNE, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of DEMETRAS DELINOUSHA and Others, Respondents, against NATIONAL BISCUIT COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of ANNA B. ULLMAN, Respondent, against JULIUS KELLER and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.